IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CURTIS LEE SHEPPARD, JR., | ) | |
| TDCJ #1656666, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 7:13-CV-142-O-BL |
| | ) | |
| WILLIAM STEPHENS, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections to the Magistrate Judge's Report and Recommendation, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.[1]

Accordingly, the instant petition is DISMISSED without prejudice as successive.

SO ORDERED this 4th day of February, 2014.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**

---

[1] The Magistrate Judge has indicated that Petitioner has filed multiple successive habeas petitions attacking the same conviction. Petitioner is hereby put on notice that continued filing of successive habeas actions, without first obtaining permission to file from the Fifth Circuit Court of Appeals, could result in sanctions. *See* 28 U.S.C. § 2244(b)(3)(A) (requiring permission from the Fifth Circuit prior to filing a successive habeas petition).